Matter of Attorneys in Violation of Judiciary Law § 468-a (Qazi) (2026 NY Slip Op 01585)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Qazi)

2026 NY Slip Op 01585

Decided on March 19, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 19, 2026

PM-51-26
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; Asad Ali Qazi, Respondent.

Calendar Date:February 23, 2026

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, Fisher and Mackey, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
Asad Ali Qazi, Northville, Michigan, respondent pro se.

Motion by respondent for an order reinstating him to the practice of law following his suspension by January 2014 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1048 [3d Dept 2014]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit sworn to January 15, 2026, his supplemental correspondence of January 27, 2026 with enclosures, and the February 19, 2026 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined that respondent has not demonstrated, by clear and convincing evidence, his compliance with the Rules of this Court and the order of suspension (see Rules for Atty Disciplinary Matters [22 NYCRR] §§ 1240.15, 1240.16 [a]; part 1240, appendix D, ¶11; Rules of App Div, 3d Dept [22 NYCRR] § 806.16 [c] [5] [iii]), it is
ORDERED that respondent's motion for reinstatement is denied.
Garry, P.J., Aarons, Reynolds Fitzgerald, Fisher and Mackey, JJ., concur.